UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Survivors Network of Those Abused<br> by Priests, Inc., *et al.*, | ) <br> ) <br> ) | |
|    Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | 4:12-cv-1501 ERW |
| Jennifer Joyce, *et al.*, | ) <br> ) <br> ) | |
|    Defendants. | ) | |

**MOTION TO ALTER OR AMEND JUDGMENT**

Come now Plaintiffs, pursuant to FED.R.CIV.P. 59(e), and move this Court to alter or amend the Judgment entered on April 19, 2013 (Doc. # 65), to modify the dismissal of their state-law claims to be without prejudice and to reflect disposition of Plaintiffs' pending motion for extension of time. In the alternative, Plaintiffs request that dismissal of Count III be vacated and Defendants' motion for summary judgment denied as to Count III. Plaintiffs file herewith a memorandum in support of this motion.

               Respectfully submitted,

                /s/ Anthony E. Rothert
               ANTHONY E. ROTHERT, #44827MO
               GRANT R. DOTY, #60788MO
               American Civil Liberties Union
                 of Eastern Missouri
               454 Whittier Street
               St. Louis, Missouri 63108
               Phone – 314/652-3114
               Fax – 314/652-3112

               **Attorneys for Plaintiffs**

**Certificate of Service**

I certify that a copy of the forgoing was filed electronically with the Clerk and delivered by operation of the CM/ECF system to the counsel of record on May 17, 2013.

/s/ Anthony E. Rothert