# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Survivors Network of Those Abused<br>    by Priests, Inc., *et al.*, | )<br>)<br>) |
|         Plaintiffs, | )<br>) |
| v. | )    4:12-cv-1501 ERW<br>) |
| Jennifer Joyce, *et al.*, | )<br>) |
|         Defendants. | ) |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 4(a)(1)(A) and 4(a)(4)(A), notice is hereby given that Plaintiffs respectfully appeal to the United States Court of Appeals for the Eighth Circuit from the Memorandum and Order dated April 19, 2013 (Doc. # 64); the Judgment dated April 19, 2013 (Doc. # 65); and the Memorandum and Order dated July 15, 2013 (Doc. # 69). Specifically, Plaintiffs appeal the grant of summary judgment to Defendants and the denial of summary judgment to Plaintiffs.

Respectfully submitted,

 /s/ Anthony E. Rothert
ANTHONY E. ROTHERT, #44827MO
GRANT R. DOTY, #60788MO
American Civil Liberties Union
    of Eastern Missouri
454 Whittier Street
St. Louis, Missouri 63108
Phone – 314/652-3114
Fax – 314/652-3112

**Attorneys for Plaintiffs**

1

**Certificate of Service**

I certify that a copy of the forgoing was filed electronically with the Clerk and delivered by operation of the CM/ECF system to the counsel of record on August 13, 2013.

/s/ Anthony E. Rothert