**Caption:** Survivors Network of Those Abused by Priests, Inc. et al v. Joyce et al

**USCA#:**

**Case Number:** 4:12-cv-01501-ERW

**Plaintiff:** **Survivors Network of Those Abused by Priests, Inc.**

**Defendant:** Joyce et al

**Attorney:**

Grant R. Doty
AMERICAN CIVIL LIBERTIES UNION OF EASTERN MISSOURI
454 Whittier Street
St. Louis, MO 63108
314-652-3114
Fax: 314-652-3112
Email: grant@aclu-em.org
ATTORNEY TO BE NOTICED
Bar Status: Active

Anthony E. Rothert
AMERICAN CIVIL LIBERTIES UNION OF EASTERN MISSOURI
454 Whittier Street
St. Louis, MO 63108
314-669-3420
Fax: 314-652-3112
Email: tony@aclu-em.org
ATTORNEY TO BE NOTICED
Bar Status: Active

**Attorney:**

John A. Hirth
ATTORNEY GENERAL OF MISSOURI
Assistant Attorney General
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102
573-526-5679
Fax: 573-751-9456
Email: andy.hirth@ago.mo.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Bar Status: Active

**Court Reporter:**

Please return files and documents to: Clerk, United States District Court

Person to contact about the appeal:: Deborah L. Tichy   314-244-7948 USDC

| Length of trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| none | paid   0865-3940067. | NA / | NA / |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Rothert, Anthony | none | N/A | N/A |

**Criminal Cases/Prisoner Pro Se Cases Only:**

Is defendant incarcerated?   Yes   No      Where:

Please list all other defendants in this case if there were multiple defendants: